| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT | **FILED**<br>JAN 3 2023<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>JEFF CARPOFF,<br><br>    Defendant-Appellant. | No. 21-10356<br><br>D.C. No. 2:20-cr-00017-JAM-1<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellee's motion (Docket Entry No. 24) to file under seal Volume 2 of the supplemental excerpts of record is granted. *See* 9th Cir. R. 27-13.

The Clerk will publicly file appellee's motion to seal (Docket Entry No. 24-1), the answering brief (Docket Entry No. 22), and Volume 1 of the supplemental excerpts of record (Docket Entry No. 23). The Clerk will file under seal Volume 2 of the supplemental excerpts of record (Docket Entry No. 24-2).

Appellee's opposed motion (Docket Entry No. 26) to supplement the record and appellant's motion (Docket Entry No. 27) to strike portions of the answering brief are referred to the panel assigned to decide the merits of this appeal.

Appellant's unopposed motion (Docket Entry No. 28) for an extension of time to file the reply brief is granted. The optional reply brief is due February 28, 2023.